IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIEDRA LOUISE PACE, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 1:07-cv-00635-RMU |
| ] | Next Event: Initial Scheduling Conference |
| **ELI LILLY AND COMPANY,** ] | on June 18, 2007 at 10:30 a.m. |
| ] | |
| **Defendant.** ] | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Aaron M. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, DIEDRA LOUISE PACE and THOMAS PACE, in the above-referenced matter.

        Respectfully submitted,

        AARON M. LEVINE & ASSOCIATES

        /s/ Aaron M. Levine
        AARON M. LEVINE, #7864
        1320 19th Street, N.W., Suite 500
        Washington, DC  20036
        202-833-8040
        Fax: 202-833-8046