IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * *   *
DIEDRA LOUISE PACE and                            *
THOMAS PACE                                       *
112 Conque Drive                                  *
Lafayette, LA 70506                               *
                                                  *
                  Plaintiffs,                     *    CIVIL ACTION NO. 1:07-CV-00635 RMU
                                                  *
       vs.                                        *
                                                  *
ELI LILLY AND COMPANY,                            *
Lilly Corporate Center                            *
Indianapolis, IN  46285                           *
                                                  *
                  Defendant.                      *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated:  April 12, 2007                    Respectfully Submitted,

                                          SHOOK, HARDY & BACON, L.L.P.

                                          /s/ John Chadwick Coots
                                          John Chadwick Coots, DC Bar No. 461979
                                          600 14th Street, N.W., Suite 800
                                          Washington, D.C. 20005-2004
                                          (202) 783-8400 Telephone
                                          (202) 783-4211 Facsimile

                                          **ATTORNEYS FOR DEFENDANT**
                                          **ELI LILLY AND COMPANY**

138869v1

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 12th day of April, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

                                          /s/ John Chadwick Coots
                                          **ATTORNEY FOR DEFENDANT**
                                          **ELI LILLY AND COMPANY**