IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIEDRA LOUISE PACE and<br>THOMAS PACE<br>112 Conque Drive<br>Lafayette, LA 70506<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>　　　　　　　　Defendant. | CIVIL ACTION NO. 1:07-CV-00635 RMU |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Emily J. Laird as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: April 12, 2007

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON, L.L.P.

　　　　　　　　　　　　　　　　/s/ Emily J. Laird
　　　　　　　　　　　　　　　　Emily J. Laird, DC Bar No. 485890
　　　　　　　　　　　　　　　　600 14th Street, N.W., Suite 800
　　　　　　　　　　　　　　　　Washington, D.C. 20005-2004
　　　　　　　　　　　　　　　　(202) 783-8400 Telephone
　　　　　　　　　　　　　　　　(202) 783-4211 Facsimile

　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**
　　　　　　　　　　　　　　　　**ELI LILLY AND COMPANY**

138969v1

- 2 -

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 12th day of April, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

                                    /s/ Emily J. Laird
                                    **ATTORNEY FOR DEFENDANT**
                                    **ELI LILLY AND COMPANY**