IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DIEDRA LOUISE PACE and**     \*
**THOMAS PACE**     \*

         **Plaintiffs,**     \* **CIVIL ACTION NO. 1:07-CV-00635 RMU**

    **vs.**     \*

**ELI LILLY AND COMPANY,**     \*

         **Defendant**.     \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Judith L. O'Grady as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: June 18, 2007          Respectfully Submitted,

         SHOOK, HARDY & BACON, L.L.P.

         /s/ Judith L. O'Grady
         Judith L. O'Grady, DC Bar No. 494290
         600 14th Street, N.W., Suite 800
         Washington, D.C. 20005-2004
         (202) 783-8400 Telephone
         (202) 783-4211 Facsimile

         **ATTORNEYS FOR DEFENDANT**
         **ELI LILLY AND COMPANY**

140207v1

- 2 -

## CERTIFICATE OF SERVICE

        I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 18th day of June, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW
Suite 500
Washington, D.C. 20036
(202) 833-8040

**Attorneys for Plaintiff**


      /s/ Judith L. O'Grady
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

- 2 -

140207v1