THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIEDRA LOUISE PACE, et al.<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)  Civil Action No. 1:07-cv-00635-RMU<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that counsel for defendant Eli Lilly and Company ("Lilly") hereby withdraw the appearance of Emily Laird. Ms. Laird is in the process of relocating to Seattle, Washington and has therefore left Shook, Hardy & Bacon, LLP. The law firm of Shook, Hardy & Bacon, LLP, and all other attorneys from that firm who have been admitted *pro hac vice* or otherwise entered their appearances in this case, will remain as counsel for Lilly in this matter. No trial date has been set in this matter and Lilly has consented to the withdrawal.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.

　　　　　　　　　　　　　　　　　　　　By: _s/Michelle R. Mangrum_
　　　　　　　　　　　　　　　　　　　　Michelle R. Mangrum, D.C. Bar No. 473634
　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　　600 14th Street, N.W., Suite 800
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Tel: (202) 783-8400
　　　　　　　　　　　　　　　　　　　　Fax: (202) 783-4211

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　　　**ELI LILLY AND COMPANY**

145457v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 4th day of February 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiffs**

                                                s/Michelle R. Mangrum
                                            **ATTORNEY FOR DEFENDANT**
                                            **ELI LILLY AND COMPANY**

145457v1