IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIEDRA LOUISE PACE, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 1:07-cv-00635-RMU/AK |
| ] | Next Event: Mediation with Magistrate Kay |
| **ELI LILLY AND COMPANY,** ] | on April 11, 2008 at 10:30 a.m. |
| ] | |
| **Defendant.** ] | |

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

COME NOW the parties, by and through counsel, and respectfully move this Court to enter an Order Amending the June 18, 2007, Scheduling Order by thirty (30) days, and as grounds therefor states:

1. This case concerns a personal injury/products liability claim in which plaintiffs allege that Diedra Pace suffered from clear cell adenocarcinoma of the cervix and resultant demise which is causally related to her in utero exposure to diethylstilbestrol ("DES").

2. The parties have been engaged in direct settlement negotiations for the past several weeks and are scheduled to mediate this matter before Magistrate Judge Alan Kay on April 11, 2008.

3. Discovery is currently set to close on March 31, 2008. While the parties do not believe there is any additional discovery that needs to be conducted in order to resolve this matter, they would respectfully request extending the deadline for the close of discovery to April 30, 2008, and the deadline for dispositive motions to June 4, 2008, to allow the parties to conduct any additional discovery which may be required to prepare this matter for trial should settlement negotiations reach an impasse.

4. The parties do **not** request a continuation of the Mediation before Magistrate Alan

Kay schedule for April 11, 2008, nor the continuation of the Status Conference before this Court currently scheduled for April 15, 2008.

    5.    The parties respectfully request the following amendments to the Scheduling Order:

|  | Present Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | 3/31/08 | 4/30/08 |
| Mediation with Magistrate Kay | 4/11/08 | 4/11/08 |
| Status Conference | 4/15/08 | 4/15/08 |
| Deadline for Dispositive Motions | 5/5/08 | 6/4/08 |
| Oppositions to Dispositive Motions | 6/5/08 | 7/7/08 |
| Replies to Dispositive Motions Oppositions | 6/19/08 | 7/21/08 |

    6.    A Proposed Amended Scheduling Order is attached hereto as Appendix No. 2.

    8.    No previous extensions have been requested in this matter.

WHEREFORE the parties respectfully request that this Court enter an Order Amending the Scheduling Order by thirty (30) days.

                                    Respectfully submitted,

| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
|---|---|
| /s/ Aaron M. Levine | /s/ John Chadwick Coots (by permission-rm) |
| AARON M. LEVINE, #7864 | JOHN CHADWICK COOTS, #461979 |
| 1320 19th Street, N.W. | 600 14th Street, N.W. |
| Suite 500 | Suite 800 |
| Washington, DC 20036 | Washington, DC 20005-2004 |
| 202/833-8040 | 202-223-1200 |
| Fax: 202-833-8046 | Fax: 202-783-4211 |
| Counsel for Plaintiffs | and |

David W. Brooks, Esq.
Mark C. Hegarty, Esq.
Jonathan H. Gregor, Esq.
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
816-474-6550
Fax: 816-421-5547

Counsel for Defendant Eli Lilly and Company

Dated: March 27, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIEDRA LOUISE PACE, et al.,** ] | |
| ] | |
| Plaintiffs, ] | |
| ] | |
| v. ] | Civil Action No.: 1:07-cv-00635-RMU/AK |
| ] | Next Event: Mediation with Magistrate Kay |
| **ELI LILLY AND COMPANY,** ] | on April 11, 2008 at 10:30 a.m. |
| ] | |
| Defendant. ] | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Joint Motion to Amend Scheduling Order, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED, that the June 18, 2007 Scheduling Order be amended as follows:

| | Present Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | 3/31/08 | 4/30/08 |
| Mediation with Magistrate Kay | 4/11/08 | 4/11/08 |
| Status Conference | 4/15/08 | 4/15/08 |
| Deadline for Dispositive Motions | 5/5/08 | 6/4/08 |
| Oppositions to Dispositive Motions | 6/5/08 | 7/7/08 |
| Replies to Dispositive Motions Oppositions | 6/19/08 | 7/21/08 |

_____
RICARDO M. URBINA
United States District Judge