IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS PACE, Individually, and as Personal Representative of the Estate and Beneficiaries of DIEDRA PACE, Deceased,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | Civil Action No.: 1:07-cv-00635-RMU/AK<br>Next Event: Status Hearing on<br>　　April 15, 2008 at 10:30 a.m. |

## JOINT MOTION TO VACATE STATUS HEARING

COME NOW the parties, by and through counsel, and respectfully move this Court to enter an Order vacating the Status Hearing set for April 15, 2008, and as grounds therefor states:

1.　This case concerns a personal injury/products liability claim in which plaintiffs allege that Diedra Pace suffered from clear cell adenocarcinoma of the cervix and resultant demise which was causally related to her in utero exposure to diethylstilbestrol ("DES"). Defendant denies any liability to the plaintiff.

2.　The parties have entered into a settlement agreement in this case. However, this matter involves the two minor children of the Decedent and will require Court approval prior to final consummation of the settlement and ultimate dismissal of this case.

3.　In an effort to save judicial resources and time, the parties would respectfully request that the Court enter an Order vacating the Status Hearing set for April 15, 2008, and allow the parties a period of thirty (30) days to finalize the settlement approval and file their Stipulation of Dismissal.

WHEREFORE the parties respectfully request that this Court enter an Order vacating the Status Hearing set for April 15, 2008, and allow the parties a period of thirty (30) days until May 9,

2008 to file their Stipulation of Dismissal.

                                              Respectfully submitted,

AARON M. LEVINE & ASSOCIATES      SHOOK, HARDY & BACON, L.L.P.


 /s/ Aaron M. Levine                   /s/ John Chadwick Coots (by permission-rm)
AARON M. LEVINE, #7864          JOHN CHADWICK COOTS, #461979
1320 19th Street, N.W.               600 14th Street, N.W.
Suite 500                                       Suite 800
Washington, DC 20036             Washington, DC   20005-2004
202/833-8040                           202-223-1200
Fax: 202-833-8046                     Fax: 202-783-4211

Counsel for Plaintiff                     and

                                              David W. Brooks, Esq.
                                            Mark C. Hegarty, Esq.
                                            Jonathan H. Gregor, Esq.
                                            SHOOK, HARDY & BACON, L.L.P.
                                            2555 Grand Boulevard
                                            Kansas City, MO 64108
                                            816-474-6550
                                            Fax: 816-421-5547

                                            Counsel for Defendant Eli Lilly and Company


Dated: April 9, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS PACE, Individually, and as Personal Representative of the Estate and Beneficiaries of DIEDRA PACE, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | Civil Action No.: 1:07-cv-00635-RMU/AK<br>Next Event: Status Hearing on<br>    April 15, 2008 at 10:30 a.m. |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Joint Motion to Vacate Status Hearing, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED, that the Status Hearing scheduled for April 15, 2008, is hereby vacated;

AND IT IS FURTHER ORDERED, that the parties shall have until May 9, 2008, to finalize settlement approval and file their Stipulation of Dismissal.

_____
RICARDO M. URBINA
United States District Judge