IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS PACE, Individually, and as Personal Representative of the Estate and Beneficiaries of DIEDRA PACE, Deceased,<br><br>Plaintiff<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant | Civil Action No.: 1:07-cv-00635-RMU/AK |

### CONSENT ORDER APPROVING MINORS' RESOLUTION AGREEMENT AND DISMISSAL WITH PREJUDICE

After lengthy discussions by the Court with the parties and the representation of counsel, it is, by the court, this __19th__ day of __June__, 2008,

ORDERED:

1. The parties' agreement with regard to the resolution of this case, including the claims of the minor children, as disclosed confidentially to this Court, represents a fair and reasonable resolution of Plaintiffs' claims, and is in the best interests of the minor Plaintiff, and is hereby APPROVED. The parties agreement shall be docketed and filed under seal by the Clerk's Office.

2. The above-captioned matter is hereby dismissed with prejudice, with each party to bear its own costs.

_____
ALAN KAY
United States Magistrate Judge

WE ASK FOR THIS:

On behalf of the Plaintiffs:


/s/ Aaron M. Levine
Aaron M. Levine, #7864
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W.
Suite 500
Washington, DC   20036

On behalf of Defendant Eli Lilly and Company


/s/ Michelle R. Mangrum
Michelle R. Mangrum, #473634
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, N.W.
Suite 800
Washington, DC   20005